

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00863-CV

Ernest C. **TREVINO**,
Appellant

v.

**ENERGY LAND TEXAS, LP**, et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-07-0647-CVA
Honorable Russell Wilson, Judge Presiding

No. 04-18-00864-CV

Ernest C. **TREVINO**,
Appellant

v.

Derek **IDEN**, et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-07-0652-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED. The causes are REMANDED to the trial court for further proceedings consistent with this court's opinion.

SIGNED March 13, 2019.

_____
Rebeca C. Martinez, Justice